UNITES STATES DISTRICT COURT, DISTRICT OF COLORADO

MARCIA M. RADIN
3375 SOUTH CORONA ST
ENGLEWOOD, COLORADO 80113

vs

DONALD J. TRUMP
JD VANCE

## GRIEVANCE

IN ACCORDANCE with my First Amendment right to petition this government for a redress of my grievance, I state the following:

I. On January 6, 2021, DONALD J. TRUMP engaged in insurrection.
II. Since January 6, 2021, DONALD J. TRUMP and JD VANCE have given aid and comfort to the insurrectionists. Most recently, he has pardoned those who pled guilty or were found guilty of insurrection.
III. The Fourteenth Amendment forbids the defendants from holding their respective offices; therefore, I demand that DONALD J. TRUMP and JD VANCE be declared illegitimate holders of their offices and removed therefrom.
IV. I request a refund of my cost for this grievance.

Signed,

*[signature: Marcia M. Radin]*

5 FEB 2025