IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00385-RTG
(**The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MARCIA M. RADIN,

    Plaintiff,

v.

DONALD J. TRUMP, and
J.D. VANCE,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO SHOW CAUSE
AND TO CURE FILING DEFICIENCY

---

On February 5, 2025, Plaintiff Marcia M. Radin, who resides in Englewood, Colorado, filed *pro se* a "Grievance" (ECF No. 1)[1] and paid the $405.00 filing fee applicable to civil actions. (*See id.*). Accordingly, this civil action was opened.

The Court must construe Ms. Radin's filings liberally because she is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons discussed below, Ms. Radin will be ordered to show cause why this action should not be dismissed

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

for lack of jurisdiction. In addition, if Ms. Radin demonstrates that the Court has jurisdiction over this action and asserts a viable claim for relief, she will also be directed to cure a filing deficiency.

## I. Order to Show Cause

### A. The Grievance

Ms. Radin asserts in her Grievance that President Trump engaged in an "insurrection" on January 6, 2021, that the President, and Vice President, J.D. Vance, "have given aid and comfort to the insurrectionists" and that President Trump has pardoned insurrectionists who pleaded guilty to or were found guilty of criminal charges arising from the "insurrection." (ECF No. 1 at 1). Ms. Radin asserts that the Fourteenth Amendment "forbids" the President and Vice President from holding their respective offices. (*Id.*).

Section 3 of the Fourteenth Amendment to the United States Constitution, in relevant part, bars from serving in the government any person who swore an "oath . . . to support the Constitution of the United States" as a federal officer and then "engaged in insurrection or rebellion against the same, or [gave] aid or comfort to the enemies thereof," unless Congress "remove[s] such disability" by a two-thirds vote. U.S. Const. amend. XIV, § 3.

Ms. Radin "demands" that President Trump and Vice President Vance "be declared illegitimate holders of their offices and removed therefrom." (ECF No. 1 at 1).

### B. Article III Standing

The United States Constitution limits the judicial power of federal courts to

resolving "Cases" and "Controversies." U.S. Const. art. III, § 2. "Standing to sue is a doctrine rooted in the traditional understanding of a case or controversy." *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016). To establish standing to sue, a plaintiff must show she has "suffered an injury in fact," the injury is "fairly traceable" to the defendant's actions, and a favorable judicial decision will likely redress the harm. *Id.* Each of these three elements is an "irreducible constitutional minimum" for standing to sue. *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992). Ms. Radin bears the burden of establishing each element. *See Spokeo*, 578 U.S. at 338.

To establish injury in fact, Ms. Radin must show, in part, that she suffered a concrete and particularized invasion of a legally protected interest. *See id.* An injury that is particularized "must affect the plaintiff in a personal and individual way." *Id.* at 339. Additionally, "when the asserted harm is a 'generalized grievance' shared in substantially equal measure by all or a large class of citizens, that harm alone normally does not warrant exercise of jurisdiction." *Warth v. Seldin*, 422 U.S. 490, 499 (1975).

Ms. Radin's challenge to the eligibility of President Trump and Vice President Vance under Section 3 of the Fourteenth Amendment alleges a generalized grievance as a member of the public and does not demonstrate she has suffered or will suffer a concrete and particularized injury. Therefore, Ms. Radin will be ordered to show cause why this action should not be dismissed for lack of jurisdiction because she lacks standing to sue. *See Berg v. Obama*, 586 F.3d 234, 239-42 (3d Cir. 2009) (finding that plaintiff challenging former President Barack Obama's eligibility to run for and serve as President of the United States was properly dismissed for lack of standing); *Robinson v.*

*Bowen*, 567 F. Supp.2d 1144, 1146 (N.D. Cal. 2008) (same, presidential candidate John McCain); *Hollander v. McCain*, 566 F. Supp.2d 63, 71 (D.N.H. 2008) (same); *Hill v. Mastriano*, No. 22-2464, 2022 WL 16707073, at *1 (3d Cir. Nov. 4, 2022) (per curiam) (finding the plaintiff lacked standing in Section 3 disqualification suit against gubernatorial candidate and state legislator Doug Mastriano); *Stencil v. Johnson*, 605 F. Supp. 3d 1109, 1115-19 (E.D. Wis. 2022) (finding plaintiff lacked standing in Section 3 disqualification suit against U.S. Senator Ron Johnson and U.S. Representatives Thomas Tiffany and Scott Fitzgerald); *New Mexico ex rel. White v. Griffin*, 604 F. Supp. 3d 1143, 1146-50 (D.N.M. 2022) (finding plaintiff lacked standing in Section 3 disqualification suit against Otero County Commissioner Couy Griffin).

## II.  Order to Cure Deficiency

In addition, as part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted Grievance is deficient. Under this Court's Local Rules, Ms. Radin must submit her claims on the court-approved general Complaint form.

Any papers that Ms. Radin files in response to this order must include the civil action number on this order.

Ms. Radin may contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.

Accordingly, it is

ORDERED that Plaintiff Marcia M. Radin is directed to show cause **within thirty (30) days from the date of this order** why this action should not be dismissed for lack

of jurisdiction. It is

FURTHER ORDERED that if Ms. Radin demonstrates cause, she is further directed to submit her claims on the court-approved general Complaint form **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that Ms. Radin shall obtain and utilize the current Court-approved general Complaint form, along with the applicable instructions, which is available at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Ms. Radin fails to show cause <u>and</u> cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal will be without prejudice.

DATED February 11, 2025.

BY THE COURT:

*Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge