IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00385-LTB-RTG

MARCIA M. RADIN,

    Plaintiff,

v.

DONALD J. TRUMP, and
J.D. VANCE,

    Defendants.

## ORDER

    This matter is before the Court on the Recommendation of United States Magistrate Judge filed on March 25, 2025 (ECF No. 6). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on March 25, 2025. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review.

    Accordingly, it is

    ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 6) is ACEPTED and ADOPTED. It is

    FURTHER ORDERED that the Grievance (ECF No. 1) and this action are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. It is

    FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in*

*forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED April 23, 2025, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court